**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RAMON HOSEA MCGRAW,                                                                    PLAINTIFF
ADC# 142102

V.                                              5:10-cv-00227-JMM-JJV

ARKANSAS DEPARTMENT
OF CORRECTION; *et al.*                                                               DEFENDANTS

**<u>ORDER</u>**

     The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections.   After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

     IT IS THEREFORE ORDERED that Mr. McGraw's Amended Complaint (Doc. No. 12) is DISMISSED with prejudice.   The requested relief is denied and any pending motions are denied as moot.   Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Judgment and Order adopting these recommendations would not be taken in good faith.

     DATED this 15th day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE