# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RAMON HOSEA MCGRAW,                                                                             PLAINTIFF
ADC# 142102

V.                                                    5:10-cv-00227-JMM-JJV

ARKANSAS DEPARTMENT
OF CORRECTION; *et al.*                                                                       DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of November, 2010.

*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE