**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RAMON HOSEA MCGRAW,                                                     PLAINTIFF
ADC # 142102

V.                                   5:10-cv-00227-JMM-JJV

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                DEFENDANTS

## **ORDER**

Pending before the Court is Mr. McGraw's Motion for Order (Doc. No. 16) requesting, among other things, placement in a State-certified county or city detention facility pursuant to the State of Arkansas' Act 309 program and to be hired by the federal government. The Court is not invested with the power to grant any of the requests in Mr. McGraw's Motion. Therefore his Motion is DENIED.

DATED this 29th day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE